UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00097 |
| | ) | JUDGE SHARP |
| RONNIE DUSTIN E. MCCULLOCH [6] | ) | |

**O R D E R**

Due to a calendar conflict, the sentencing hearing scheduled for December 5, 2014, is hereby continued to Tuesday, December 9, 2014, at 2:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE